JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KIMI CALDWELL; REGINALD PARK,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE FIRE AND MARINE INSURANCE COMPANY, and DOES 1 to 10,<br><br>Defendants. | CASE NO. EDCV11-322 CJC (FMOx)<br><br>Hon. Cormac J. Carney<br>Court Room 9B<br><br>[~~PROPOSED~~] **ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41** |

The Court, having reviewed the joint stipulation of counsel, and good cause having been shown hereby, orders the following:

1. All claims asserted by Plaintiffs KIMI CALDWELL and REGINALD PARK in this instant action against Defendant Empire Fire and Marine Insurance Company, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 11, 2011

Hon. Cormac J. Carney
United States District Court Judge